# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: February 07, 2013

Mr. David McMichael Ginn
Ms. Catherine Emily Stetson
Hogan Lovells
555 Thirteenth Street, N.W.
Washington, DC 20004

Mr. Lawrence F. Raniszeski
Colombo & Colombo
P.O. Box 2028
Bloomfield Hills, MI 48304

Mr. Jonathan T. Walton Jr.
Walton & Donnelly
535 Griswold Street
Suite 1550 Buhl Building
Detroit, MI 48226

Re: Case No. 12-1202, *Kia Motors America v. Glassman*
    Originating Case No. : 2:11-cv-12090

Dear Counsel,

The court today announced its decision in the above-styled case.

Enclosed is a copy of the court's opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

Yours very truly,

Deborah S. Hunt, Clerk

Cathryn Lovely
Deputy Clerk

cc: Mr. David J. Weaver

Enclosures

Mandate to issue.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 12-1202

KIA MOTORS AMERICA, INC.,

        Plaintiff - Appellee,

  v.

GLASSMAN OLDSMOBILE SAAB HYUNDAI,
INC., dba Glassman Kia,

        Defendant - Appellant.

**FILED**
Feb 07, 2013
DEBORAH S. HUNT, Clerk

Before: SILER, SUTTON, and McKEAGUE, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, and for the reasons more fully set forth in the Court's opinion of even date, it is ORDERED that the district court's order granting Kia's motion to dismiss and for judgment on the pleadings and denying Glassman's motion is AFFIRMED.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk